LISA J. BAZANT
GW Building
2722 3rd Avenue North Suite 400
P.O. Box 1832
Billings, MT 59103-1832
phone: 406-696-2197
fax: 406-248-4770
lisabazant@hotmail.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN PAUL FURLONG,<br><br>Defendant. | **Case No.** CR 19-88-BLG-SPW-03<br><br>**UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE TERM** |

COMES NOW Defendant, STEVEN PAUL FURLONG, by and through his counsel of record, LISA J. BAZANT, and pursuant to 18 U.S.C. §3583(e) and Fed.R.Crim.P. Rule 32.1(c), and moves the Court for an Order modifying Defendant's supervised release term to allow early termination. In support of his

request, Defendant states:

1. On June 21, 2019, Steven Paul Furlong was named in an Indictment filed in the U.S. District Court of Montana, Billings Division, alleging Count I: Conspiracy with Intent to Distribute Methamphetamine, Count II: Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)(B). (Dkt. 1). On June 27, 2019, Furlong appeared before United States Magistrate Judge Timothy J. Cavan for an arraignment. Furlong entered not guilty pleas and was remanded to the custody of the USMS. (Dkt. 11).

2. On August 8, 2019, Furlong appeared before U.S. Magistrate Judge Cavan for a detention hearing. He was released pending trial under standard and special conditions of pretrial release. (Dkt. 49,51).

3. On January 9, 2020, Furlong appeared before the U.S. Magistrate Judge Cavan and entered his guilty plea to Count II of the Indictment. He was detained pending sentencing. (Dkt. 76).

4. On July 22, 2020, Furlong appeared before the Honorable Susan P. Watters for sentencing. Defendant was sentenced to the Bureau of Prisons for a term of 60 months and a period of 5 years supervised release to follow. (Dkt. 109).

5. On September 1, 2022, Furlong began his period of supervised release.

6. While in Bureau of Prisons, Furlong completed the Residential Drug

Abuse Treatment Program (Exhibit 501). Additionally, Furlong engaged in other programming, including Brain Health As You Age: You Can Make a Difference (Exhibit 502), The Addictive Brain (Exhibit 503), and National Parenting Program, Phase 1 (Exhibit 504), and PREC's Basic & Skill Upgrade Training Course - 102 hours of Welding Instruction (Exhibit 505). Since his release from incarceration, Furlong continued his programming and completed Drug Aftercare/Alcohol Aftercare (Exhibit 506), the Alpha House Pre-Release Program (Exhibit 507) and Criminal Thinking Errors (Exhibit 508).

7. Since April, 2024, Furlong has been employed with ASI Industrial. His employer reports that he is a valuable member of the team. (Exhibit 509).

> Mr. Furlong has a strong ability to ensure quality work. He has taken on whatever duties are assigned to him without any complaint or argument. Not only is he a fast learner, but he also gets along well with all his fellow employees.
>
> Mr. Furlong's combination of personal and technical skills provides strong support for his employment with ASI Industrial. He is an asset and a positive addition to our Welding and Fabrication Team. (Id.).

8. Undersigned counsel has been in contact with McKenna Arledge, Defendant's supervising officer with the United States Probation Office. Ms. Arledge reports that Mr. Furlong has come a long way since he began supervised release. He had three positive UA's for methamphetamine (9/20/2023, 3/5/2024

and 3/14/2024), missed two UA's and on one occasion, missed his scheduled drug treatment appointment. However, he has completed Criminal Thinking Errors and Dual Disorder Counseling through Alternatives, as well as successful completion of the sweat patch program. Based on his improved behaviors, Ms. Arledge supports his petition for early termination. Ms. Arledge has no concerns or issues regarding Defendant's early termination petition.

9. Undersigned counsel has been in contact with counsel for the Government, Julie Patten, and she has no objection to the relief sought.

10. Pursuant to Fed.R.Crim.P. Rule 32(c)(2)(A), Defendant specifically waives the requirement for a hearing.

RESPECTFULLY SUBMITTED this 1st day of April, 2025.

/s/Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on April 1, 2025, a copy of the foregoing document was served on the following persons by the following means:

__1__ CM-ECF

___ Hand Delivery

__ __ Mail

_____ Overnight Delivery Service

_____ Fax

__2___ E-Mail

1.
CLERK, UNITED STATES DISTRICT COURT

Julie Patten
Assistant U.S. Attorney
United States Attorney's Office

2.
Steven Paul Furlong

/s/ Lisa J. Bazant
LISA J. BAZANT
Attorney for Defendant